IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No.  06-cv-01805-MSK-BNB  Date: February 15, 2007
Courtroom Deputy: Geneva D. Mattei  FTR BNB COURTROOM A-401

DOUGLAS JAY WEST, Pro se

        Plaintiff,

v.

CHARLES OLIN, Nicole Gellar
Director of Mental Health/SOTP,
Fremont C.F.
and JOHN MCGILL,
Therapist-Mental
Health/SOTP, Fremont CF

        Defendants.

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:   9:33 a.m.

Appearances of counsel.

Court's opening remarks. The plaintiff has two pending motions.

**ORDERED: Plaintiff's motion for discovery in 1983 action(1/26/07 #18) is denied.**

**ORDERED: Plaintiff's motion to supplement the record in a 1983 action (2/5/07 #22) is denied.**

Discovery cut-off is: **June 29, 2007**

The dispositive motion deadline is: **July 30, 2007**

The parties shall designate all experts no later than: **May 1, 2007**

The parties shall designate all rebuttal experts no later than: **May 31, 2007**

Interrogatories and request for production of documents shall be served such that responses are due by the discovery cut off.

Pretrial Conference shall be set by the district judge.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Court in Recess:      9:43 a.m.      Hearing concluded.

Total time in Court:    00:10