IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01805-MSK-BNB

DOUGLAS JAY WEST,

Plaintiff,

v.

CHARLES OLIN, Director of Mental Health/SOTP, Fremont C.F., and
JOHN McGILL, Therapist, Mental Health/SOTP, Fremont C.F.

Defendants.
_____

### ORDER
_____

The parties appeared yesterday for a Status/Scheduling Conference. The following schedule was established:

        **Discovery Cut-Off:**        **June 29, 2007**

        (All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

        **Dispositive Motions Deadline:**        **July 30, 2007**

        **Expert Disclosures:**

        **(a)**    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 1, 2007**

        **(b)**    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 31, 2007**

Also pending at the time of the scheduling conference were the following:

(1) **Motion for Discovery In 1983 Action** [Doc. # 18, filed 1/26/2007] (the "Motion for Discovery"); and

(2) **Motion to Supplement the Record In a 1983 Action** [Doc. # 22, filed 2/5/2007] (the "Motion to Supplement").

I made rulings during the scheduling conference concerning these motions, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Discovery is DENIED.

IT IS FURTHER ORDERED that the Motion to Supplement is DENIED.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to return to the plaintiff the original Motion to Supplement and its attachments.

Dated February 16, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge