IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01805-WYD-BNB

DOUGLAS JAY WEST,

Plaintiff,

v.

CHARLES OLIN, Director of Mental Health/SOTP, Fremont C.F., and
JOHN McGILL, Therapist, Mental Health/SOTP, Fremont C.F.

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions filed by the plaintiff:

1. **Motion for Stay of Summary Judgement, for Discovery, and to Supplement the Record and to Amend Complaint**; [Doc. #37, filed 6/18/07];

2. **Motion to Amend Complaint and to Stay Summary Judgment** [Doc. #39, filed 6/28/07];

3. **Motion to Amend and/or Supplement Record** [Doc. #40, filed 7/5/07]; and

4. **Motion to Supplement the Record** [Doc. #52, filed 8/13/07].

The plaintiff seeks to supplement his complaint to add claims and defendants.[1]  However, the plaintiff may not simply file supplements to his Complaint.  Rather, he must file a motion seeking leave of the Court to amend his Complaint.  Fed.R.Civ.P. 15(a).  The motion must detail

---

[1] The plaintiff also seeks to stay the Court's ruling on the defendants' motion for summary judgment. The plaintiff's request for a stay has been set for hearing and will be addressed in a separate order.

the proposed amendments and the reasons why such amendments are necessary. The plaintiff must attach a proposed amended complaint, entitled "Amended Complaint," to the motion. The plaintiff may not incorporate his original Complaint into the proposed amended complaint. The proposed amended complaint must stand alone; it must contain <u>all</u> of the plaintiff's claims.

The plaintiff also seeks to "supplement the record." The plaintiff's intent is not clear. It appears that he is attempting to both supplement the Complaint and respond to the defendants' motion for summary judgment. To the extent the plaintiff is seeking to supplement his Complaint, he must file a proposed amended complaint as directed above. To the extent the plaintiff is attempting to respond to the defendants' motion for summary judgment, he must file a formal response to the motion. I note, however, that the plaintiff is seeking to stay the Court's ruling on the defendants' motion for summary judgment so that he may engage in discovery.

IT IS ORDERED that insofar as the Motions seek to amend the Complaint and "supplement the record," the Motions are DENIED WITHOUT PREJUDICE subject to compliance with this Order.

IT IS FURTHER ORDERED that to the extent the Motions request that the Court stay a ruling on the defendants' motion for summary judgment, the request for a stay will be set for hearing by separate order.

Dated September 21, 2007.

                                                    BY THE COURT:

                                                    s/ Boyd N. Boland
                                                    United States Magistrate Judge