IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01805-WYD-BNB

DOUGLAS JAY WEST,

    Plaintiff,

v.

CHARLES OLIN, Director of Mental Health/SOTP, Fremont C.F.; and
JOHN McGILL, Therapist - Mental Health/SOTP, Fremont C.F.,

    Defendants.

## ORDER ADOPTING AND AFFIRMING
## MAGISTRATE JUDGE'S ORDER

THIS MATTER is before the Court on Plaintiff's *pro se* motion styled "Motion for Appointment of Conflict Free Counsel in § 1983 Action," filed April 6, 2007 (docket #29). This matter was referred to Magistrate Judge Boland by memorandum dated April 9, 2007, and the Magistrate Judge issued a written Order on April 16, 2007, which is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(a), D.C.COLO.LCivR. 72.1(C)(1).  In the Order, the Magistrate Judge notes that Plaintiff is proceeding in this matter *in forma pauperis* pursuant to 28 U.S.C. § 1915 in a prisoner's civil rights case, and that counsel cannot be appointed and paid in this type of case. The Magistrate Judge also declined to exercise his discretion in appointed volunteer counsel for Plaintiff, noting that the issues raised in this case are not unusually complex, and that Plaintiff's chances of succeeding on the merits are not strong.

Plaintiff filed a "Motion to Object to Ruling of Denial of Appointment of Conflict Free Counsel and for Review," on July 9, 2007 (docket #43).   \

While Plaintiff's Objection is untimely, I nevertheless elect to review the magistrate judge's Order to determine whether it is "clearly erroneous or contrary to law" since the nature of the matter is nondispositive.  Fed. R. Civ. P. 72(a).  "An order is clearly erroneous when the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been made."  *Cook v. Rockwell Int'l Corp.*, 147 F.R.D. 237, 242 (D. Colo. 1993).  After a review of the Order and the file herein, I conclude that the Order is not clearly erroneous or contrary to law.  Therefore, the Order of the United States Magistrate Judge, dated April 16, 2007, is AFFIRMED and ADOPTED.  Accordingly, it is hereby

ORDERED that Plaintiff's "Motion to Object to Ruling of Denial of Appointment of Conflict Free Counsel and for Review," filed July 9, 2007 (docket #43) is **OVERRULED**, and Plaintiff's "Motion for Appointment of Conflict Free Counsel in § 1983 Action," filed April 6, 2007 (docket #29) is **DENIED**.

Dated:  September 26, 2007

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge