IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01805-WYD-BNB

DOUGLAS JAY WEST,

Plaintiff,

v.

CHARLES OLIN, Director of Mental Health/SOTP, Fremont C.F., and
JOHN McGILL, Therapist, Mental Health/SOTP, Fremont C.F.

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) Defendants' **Motion to Stay Discovery** [Doc. # 33, filed 5/25/2007];

(2) Plaintiff's **Motion for Stay of Summary Judgment, for Discovery and to Supplement the Record and to Amend Complaint** [Doc. # 37, filed 6/18/2007] (the "Motion for Discovery"); and

(3) Plaintiff's **Motion to Amend Complaint and to Stay Summary Judgment** [Doc. # 39, filed 6/28/2007] (the "Motion to Stay").

I previously denied the Motion for Discovery insofar as it sought leave for the plaintiff to supplement the record or amend the complaint, and I previously denied the Motion to Stay insofar as it sought leave for the plaintiff to amend the complaint. The portions of those motions seeking to continue a determination of the defendants' Motion for Summary Judgment [Doc. # 32, filed 5/23/2007] (the "Motion for Summary Judgment") and to take discovery remained pending. I held a hearing on those issues and on the defendants' Motion to Stay Discovery this afternoon

and made rulings on the record, which are incorporated here.  In summary and for the reasons stated:

IT IS ORDERED that the Order [Doc. # 24] setting a case schedule is VACATED, including the discovery cut-off.  I will hold a supplemental scheduling conference, if necessary, after a determination of the defendants' Motion for Summary Judgment.

IT IS FURTHER ORDERED that the Motion to Stay Discovery is GRANTED except that the discovery specifically allowed by this order shall occur.

IT IS FURTHER ORDERED that the Motion for Discovery and the Motion to Stay are GRANTED IN PART and DENIED IN PART, as follows:

GRANTED to require counsel for the defendants to produce to the plaintiff, on or before **November 2, 2007**, (1) all grievances filed by the plaintiff relating to his participation in, termination from, and attempts to be readmitted to the Sex Offender Treatment Program ("SOTP") and his sex offender classification; (2) any kites filed by the plaintiff relating to his participation in, termination from, and attempts to be readmitted to the Sex Offender Treatment Program ("SOTP") and his sex offender classification; and (3) any documents evidencing or relating to any pre-termination hearing afforded the plaintiff prior to his termination from SOTP;

GRANTED to continue the determination of the Motion for Summary Judgment pending the completion of the discovery allowed above; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the plaintiff shall respond to defendants' Motion for Summary Judgment on or before **November 23, 2007**, and the defendants shall reply on or before **December 10, 2007**.

Dated October 11, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge