IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01805-WYD-BNB

DOUGLAS JAY WEST,

Plaintiff,

v.

CHARLES OLIN, Director of Mental Health/SOTP, Fremont C.F., and
JOHN MCGILL, Therapist, Mental Health/SOTP, Fremont C.F.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Ruling on Objection to Summary Judgment** [docket no. 81, filed April 7, 2008] (the "Motion").

IT IS ORDERED that the Motion is DENIED AS MOOT. The plaintiff's objections were considered by the district judge in the order dated March 31, 2008 [Doc. #79].

DATED: April 10, 2008