IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01805-WYD-BNB

DOUGLAS JAY WEST,

      Plaintiff,

v.

CHARLES OLIN, Director of Mental Health/SOTP, Fremont C.F., and
JOHN MCGILL, Therapist, Mental Health/SOTP, Fremont C.F.,

      Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff West's "Motion for Ruling on Objection to Summary Judgment" (doc. 81, filed April 7, 2008). On April 10, 2008, Magistrate Judge Boland denied this motion as moot (doc. 83). However, the Tenth Circuit Court of Appeals has construed the motion as one under Federal Rule of Civil Procedure 59(e) and has found that a magistrate judge lacks authority to enter an order disposing of a Rule 59(e) motion that would confer appellate jurisdiction to that court, absent the parties' consent. The Tenth Circuit has therefore abated Plaintiff's current appeal pending my ruling on this motion (doc. 92, filed October 7, 2008).

In the motion at hand, Plaintiff petitions the court to rule on his "Objection to Summary Judgment." I assume, as did Magistrate Judge Boland, that Plaintiff seeks a ruling on his objection to the Magistrate Judge's recommendations (doc. 78, filed February 19, 2008). I have already addressed the merits of this objection in my Order

Affirming and Adopting Recommendation of the United States Magistrate Judge (doc. 79, filed March 31, 2008). It is therefore

ORDERED that the Motion for Ruling on Objection to Summary Judgment (doc. 81, filed April 7, 2008), is **DENIED AS MOOT**.

Dated: October 10, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge